**FLEXITEEK AMERICAS, INC. and Flexiteek International as, Plaintiffs–Appellees,**

v.

**PLASTEAK, INC. and PlasDECK, Inc., Defendants–Appellants,**

**and**

**Andre Batista, Defendant.**

**No. 2010–1256.**

United States Court of Appeals, Federal Circuit.

May 27, 2011.

S. Tracy Long, Santucci, Priore, & Long, LLP, Fort Lauderdale, FL, for Plaintiffs–Appellees.

Bruce H. Wilson, Akron, OH, for Defendants–Appellants.

Before GAJARSA, MAYER, and PROST, Circuit Judges.

## ORDER

GAJARSA, Circuit Judge.

This court directed the parties to respond whether PlasTEAK, Inc. and Plas-DECK, Inc.'s (PlasTEAK) appeal from the February 5, 2010 order of the United States District Court for the Southern District of Florida granting a permanent injunction should be dismissed as moot in light of the district court's subsequent July 20, 2010 order terminating the permanent injunction. Flexiteek Americas, Inc. and Flexiteek International AS (Flexiteek) respond and argue that this appeal is moot. The appellant, PlasTEAK, argues that this appeal is not moot.

PlasTEAK urges this court not to dismiss the appeal arguing that the appeal should continue to resolve its concerns regarding liability for infractions of the injunction between issuance of the injunction and the court's termination order. Although that issue might present a case or controversy, it does not do so here. This appeal is of the district court's injunction, which is no longer in effect, and not of any possible order for contempt. Notably, even if PlasTEAK were to prevail in this appeal, that would not necessarily dispose of any question as to contempt of an injunction. *See generally Emery Air Freight Corp. v. Local Union 295*, 449 F.2d 586, 591 (2d Cir.1971) ("Accordingly, the preliminary injunction as granted was improper. However, this conclusion does not dispose of the question of contempt, to which we now turn.").

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.